MORGAN & MORGAN

MM Philadelphia Management Inc
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
445-201-8596

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/07/2026 |
| Period End Date | 06/20/2026 |
| Pay Date | 06/26/2026 |
| Document | 258121522 |
| **Net Pay** | **$663.57** |

## Pay Details

**KRYSTLE BLAKE**
7901 HENRY AVE
APT A202
PHILADELPHIA, PA 19128
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | MM Philadelphia Mngmt BW |
| SSN | XXX-XX-XXXX | Location | Philadelphia |
| Job | Case Manager | Legal Entity | PHLDEL - Philadelphia |
| Pay Rate | $33.6731 | Division | LGSVS - Legal Services |
| Pay Frequency | Biweekly | Department | PRMTPL - General Liab - Pre-Suit |
| | | Sub Dept | CS - Case Staff |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus Pay | | $1,150.00 | $14,100.00 |
| Holiday | 0.000000 | $0.00 | $1,054.00 |
| Paid Time Off | 0.000000 | $0.00 | $3,758.58 |
| Regular-Salary | 0.000000 | $0.00 | $30,094.76 |

Total Hours **0.000000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE Pretax | Yes | $34.50 | $1,470.17 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $2.20 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $49.76 | $0.00 | $0.00 |
| FSA Medical | Yes | $0.00 | $76.92 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $492.08 | $0.00 | $1,243.76 |
| 401K Match | No | $0.00 | $0.00 | $8.62 | $367.52 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $245.41 | $3,512.80 |
| Employee Medicare | $16.67 | $701.63 |
| Social Security Employee Tax | $71.30 | $3,000.09 |
| PA State Income Tax | $35.30 | $1,485.53 |
| PHILA NR | $39.44 | $1,680.98 |
| PHILA R | $43.01 | $1,832.90 |
| PA Unemployment Employee | $0.80 | $34.35 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 12.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6105 | Checking | $663.57 |
| Total | | $663.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,150.00 | $1,115.50 | $451.93 | $34.50 | **$663.57** |
| YTD | $49,007.34 | $46,918.41 | $12,248.28 | $2,091.13 | $34,667.93 |

MORGAN & MORGAN

MM Philadelphia Management Inc
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
445-201-8596

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/21/2026 |
| Period End Date | 07/04/2026 |
| Pay Date | 07/10/2026 |
| Document | 264320391 |
| **Net Pay** | **$1,564.91** |

## Pay Details

**KRYSTLE BLAKE**
7901 HENRY AVE
APT A202
PHILADELPHIA, PA 19128
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | MM Philadelphia Mngmt BW |
| SSN | XXX-XX-XXXX | Location | Philadelphia |
| Job | Case Manager | Legal Entity | PHLDEL - Philadelphia |
| Pay Rate | $33.6731 | Division | LGSVS - Legal Services |
| Pay Frequency | Biweekly | Department | PRMTPL - General Liab - Pre-Suit |
| | | Sub Dept | CS - Case Staff |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus Pay | 0.000000 | $0.00 | $14,100.00 |
| Holiday | 8.000000 | $269.38 | $1,323.38 |
| Paid Time Off | 5.000000 | $168.37 | $3,926.95 |
| Regular-Salary | 51.000000 | $1,717.30 | $31,812.06 |

Total Hours **64.000000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE Pretax | Yes | $64.65 | $1,534.82 | $0.00 | $0.00 |
| AD&D | No | $0.55 | $2.75 | $0.00 | $0.00 |
| Dental | Yes | $12.44 | $62.20 | $0.00 | $0.00 |
| FSA Medical | Yes | $19.23 | $96.15 | $0.00 | $0.00 |
| Medical | Yes | $123.02 | $615.10 | $310.94 | $1,554.70 |
| 401K Match | No | $0.00 | $0.00 | $16.16 | $383.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $3,512.80 |
| Employee Medicare | $29.01 | $730.64 |
| Social Security Employee Tax | $124.02 | $3,124.11 |
| PA State Income Tax | $61.41 | $1,546.94 |
| PHILA NR | $73.81 | $1,754.79 |
| PHILA R | $80.49 | $1,913.39 |
| PA Unemployment Employee | $1.51 | $35.86 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6105 | Checking | $1,564.91 |
| Total | | $1,564.91 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,155.05 | $1,935.71 | $370.25 | $219.89 | **$1,564.91** |
| YTD | $51,162.39 | $48,854.12 | $12,618.53 | $2,311.02 | $36,232.84 |

MORGAN & MORGAN

MM Philadelphia Management Inc
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
445-201-8596

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/05/2026 |
| Period End Date | 07/18/2026 |
| Pay Date | 07/24/2026 |
| Document | 265050645 |
| **Net Pay** | **$1,529.31** |

## Pay Details

**KRYSTLE BLAKE**
7901 HENRY AVE
APT A202
PHILADELPHIA, PA 19128
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | XXX-XX-XXXX |
| Job | Case Manager |
| Pay Rate | $33.6731 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | MM Philadelphia Mngmt BW |
| Location | Philadelphia |
| Legal Entity | PHLDEL - Philadelphia |
| Division | LGSVS - Legal Services |
| Department | PRMTPL - General Liab - Pre-Suit |
| Sub Dept | CS - Case Staff |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus Pay | | $2,650.00 | $16,750.00 |
| Holiday | 0.000000 | $0.00 | $1,323.38 |
| Paid Time Off | 0.000000 | $0.00 | $3,926.95 |
| Regular-Salary | 0.000000 | $0.00 | $34,505.86 |

Total Hours **0.000000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE Pretax | Yes | $79.50 | $1,695.13 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $3.30 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $74.64 | $0.00 | $0.00 |
| FSA Medical | Yes | $0.00 | $115.38 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $738.12 | $0.00 | $1,865.64 |
| 401K Match | No | $0.00 | $0.00 | $19.88 | $423.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $565.51 | $4,094.38 |
| Employee Medicare | $38.42 | $805.88 |
| Social Security Employee Tax | $164.30 | $3,445.84 |
| PA State Income Tax | $81.36 | $1,706.25 |
| PHILA NR | $90.76 | $1,937.81 |
| PHILA R | $98.98 | $2,112.98 |
| PA Unemployment Employee | $1.86 | $39.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6105 | Checking | $1,529.31 |
| Total | | $1,529.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,650.00 | $2,570.50 | $1,041.19 | $79.50 | **$1,529.31** |
| YTD | $56,506.19 | $53,882.92 | $14,142.75 | $2,626.57 | $39,736.87 |

MORGAN & MORGAN

MM Philadelphia Management Inc
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
445-201-8596

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/19/2026 |
| Period End Date | 08/01/2026 |
| Pay Date | 08/07/2026 |
| Document | 281316500 |
| **Net Pay** | **$1,974.73** |

## Pay Details

**KRYSTLE BLAKE**
7901 HENRY AVE
APT A202
PHILADELPHIA, PA 19128
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | MM Philadelphia Mngmt BW |
| SSN | XXX-XX-XXXX | Location | Philadelphia |
| Job | Case Manager | Legal Entity | PHLDEL - Philadelphia |
| Pay Rate | $33.6731 | Division | LGSVS - Legal Services |
| Pay Frequency | Biweekly | Department | PRMTPL - General Liab - Pre-Suit |
| | | Sub Dept | CS - Case Staff |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus Pay | 0.000000 | $0.00 | $16,750.00 |
| Holiday | 0.000000 | $0.00 | $1,323.38 |
| Paid Time Off | 0.000000 | $0.00 | $3,926.95 |
| Regular-Salary | 80.000000 | $2,693.80 | $37,199.66 |

Total Hours **80.000000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE Pretax | Yes | $80.81 | $1,775.94 | $0.00 | $0.00 |
| AD&D | No | $0.55 | $3.85 | $0.00 | $0.00 |
| Dental | Yes | $12.44 | $87.08 | $0.00 | $0.00 |
| FSA Medical | Yes | $19.23 | $134.61 | $0.00 | $0.00 |
| Medical | Yes | $123.02 | $861.14 | $310.94 | $2,176.58 |
| 401K Match | No | $0.00 | $0.00 | $20.20 | $443.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $16.07 | $4,110.45 |
| Employee Medicare | $36.82 | $842.70 |
| Social Security Employee Tax | $157.42 | $3,603.26 |
| PA State Income Tax | $77.95 | $1,784.20 |
| PHILA NR | $92.26 | $2,030.07 |
| PHILA R | $100.61 | $2,213.59 |
| PA Unemployment Employee | $1.89 | $41.50 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6105 | Checking | $1,974.73 |
| Total | | $1,974.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,693.80 | $2,458.30 | $483.02 | $236.05 | **$1,974.73** |
| YTD | $59,199.99 | $56,341.22 | $14,625.77 | $2,862.62 | $41,711.60 |