United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Krystle Blake, Debtor — Case No. 26-13432-djb, Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2

Date Rcvd: Aug 31, 2026 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Krystle Blake, 7901 Henry Ave Apt. A202, Philadelphia, PA 19128-3086 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: rmcdowell@slgcollect.com | Sep 01 2026 01:48:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew P. Chigounis | on behalf of Creditor Affinity Federal Credit Union achigounis@slgcollect.com anovoa@slgcollect.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Krystle Blake help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co |

| | |
|---|---|
| | m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>KRYSTLE BLAKE<br><br><br>Debtor(s), | Bankruptcy No: 26-13432<br><br>Chapter: 13<br><br>Judge: Honorable Derek J. Baker |

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before September 11, 2026.

3. This case may be dismissed without further notice if the Schedules are not filed by September 11, 2026.

4. Any request for an extension of time must be filed on or before September 11, 2026.

DATE: **August 31, 2026**

Honorable Derek J. Baker
U. S. Bankruptcy Judge