# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Krystle Georgia Blake,<br><br>Debtor. | Case No. 26-13432-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 4, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Affinity Federal Credit Union**
c/o Saldutti Law Group
1700 Market St., Suite 1005
Philadelphia, PA 19103

---

## Method of Service: First Class Mail

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Comenity/Sephora
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Cooperman Barnabas Medical Center
Attn: Bankruptcy
94 Old Short Hills Rd
Livingston, NJ 07039-5672

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Dr. Elise Carman, M.D.
Attn: Bankruptcy
127 Pine St Suite 10 Suite 10
Montclair, NJ 07042-4869

Hackensack Meridian Health, Inc.
Attn: Bankruptcy
1 Wellbrook Pl
Iselin, NJ 08830-1559

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interval International, Inc.
Attn: Legal Department/Associate General Counsel
6262 Sunset Dr
South Miami, FL 33143-4843

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

Labcorp
Attn: Bankruptcy
358 S Main St
Burlington, NC 27215-5837

**LJ Ross & Associates**
Attn: Bankruptcy
PO Box 6099
Jackson, MI 49204-6099

Mohela/dofed
Po Box 300001
Greenville, TX 75403

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Penn Credit
Attn: Bankruptcy
2800 Commerce Dr Harrisburg, PA 17110

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Roxborough Memorial Hospital
Attn: Legal
5800 Ridge Ave
Philadelphia, PA 19128